The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEOVILAYVANH RINTHALUKAY,<br><br>Defendant. | NO. CR23-013 JLR<br><br>[PROPOSED] ORDER AUTHORIZING CLERK OF COURT TO ACCEPT PAYMENT |

This matter comes before the Court on the parties' stipulated motion to authorize the Clerk of Court to accept payment toward anticipated criminal monetary impositions before sentencing.

After reviewing the stipulated motion, and finding good cause, the Court enters the following order:

Pursuant to Local Civil Rule 67(a) (made applicable to criminal proceedings by Local Criminal Rule 1(a)), the Clerk of Court is directed to deposit funds into the Registry of the Court in the principal amount of $400,000. The Clerk shall hold the funds

//

Order to Authorize Clerk to Accept Payment - 1
*United States v. Rinthalukay* / CR23-013 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

until they can be disbursed pursuant to a separate order entered after sentencing, to pay any criminal judgment entered in this case.

DATED this 25th day of April, 2023.

HON. JAMES L. ROBART
United States District Judge

Presented by:

*s/ Philip Kopczynski*
PHILIP KOPCZYNSKI
Assistant United States Attorney

*s/ John M. Colvin*
JOHN M. COLVIN
Attorney for Defendant

Order to Authorize Clerk to Accept Payment - 2
United States v. Rinthalukay / CR23-013 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970