The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEOVILAYVANH RINTHALUKAY,<br><br>Defendant. | NO. CR23-0013JLR<br><br>**JLR**<br><br>[~~PROPOSED~~] ORDER AUTHORIZING CLERK OF COURT TO ACCEPT PAYMENT |

Pursuant to Local Civil Rule 67(a) (made applicable to criminal proceedings by Local Criminal Rule 1(a)), the Clerk of Court is directed to deposit funds into the Registry of the Court in the principal amount of $150,000. The Clerk shall hold the funds

//

Order to Authorize Clerk to Accept Payment - 1
*United States v. Rinthalukay* / CR23-013 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

until they can be disbursed pursuant to a separate order, to pay the criminal judgment entered in this case.

DATED this 3rd day of May, 2023.

*[signature]*

HON. JAMES L. ROBART
United States District Judge

Presented by:

*s/ Philip Kopczynski*
PHILIP KOPCZYNSKI
Assistant United States Attorney

*s/ Jason Harn*
JASON HARN
Attorney for Defendant

Order to Authorize Clerk to Accept Payment - 2
*United States v. Rinthalukay* / CR23-013 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970