The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEOVILAYVANH RINTHALUKAY,<br><br>Defendant. | NO. CR23-013 JLR<br><br>[~~PROPOSED~~] ORDER AUTHORIZING CLERK OF COURT TO DISBURSE FUNDS |

This matter comes before the Court on the parties' Stipulated Motion to Authorize the Clerk of Court to Disburse Funds.

After reviewing the stipulated motion, and good cause appearing, the Court enters the following order:

Pursuant to Local Civil Rule 67(b) (made applicable to criminal proceedings by Local Criminal Rule 1(a)), the Clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court in the principal amount of $550,000, plus all

//

Order to Authorize Clerk to Disburse Funds - 1
*United States v. Rinthalukay* / CR23-013 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

accrued interest, to be applied to the criminal monetary impositions included in the criminal judgment in this case. Dkt. 31.

DATED this 4th day of May, 2023.

HON. JAMES L. ROBART
United States District Judge

Presented by:

*s/ Philip Kopczynski*
PHILIP KOPCZYNSKI
Assistant United States Attorney

*s/ Jason Harn*
JASON HARN
Attorney for Defendant

Order to Authorize Clerk to Disburse Funds - 2
*United States v. Rinthalukay* / CR23-013 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970